The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| In re MOTRICITY INC. DERIVATIVE LITIGATION | Master File No. C11-1520 TSZ |
| This document relates to: ALL ACTIONS | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

        Please take notice that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure,

Plaintiffs voluntarily dismiss this action in its entirety without prejudice.


        Dated:  December 3, 2013          Respectfully submitted,

                                          LAW OFFICES OF CLIFFORD A. CANTOR, P.C.
                                          By:  s/ *Cliff Cantor*, WSBA # 17893
                                          627 208th Ave. SE
                                          Sammamish, WA 98704-7033
                                          Tel:  (425) 868-7813
                                          Fax:  (425) 732-3752
                                          cliff.cantor@outlook.com

                                          Liaison Counsel for Plaintiffs

                                          LEVI & KORSINSKY LLP
                                          Nicholas I. Porritt
                                          30 Broad Street, 24th Floor
                                          New York, New York 10004
                                          Tel:  (212) 363-7500
                                          Fax:  (212) 363-7171

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE                    - 1 -
No. C11-1520 TSZ

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA  98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

1

FEDERMAN & SHERWOOD.
William B. Federman

2

10205 N. Pennsylvania Ave.
Oklahoma City, OK  73120

3

Tel:  (405) 235-1560
Fax:  (405) 239-2112

4

5

Co-Lead Counsel for Plaintiffs

6

7

8

Certificate of Service

9

I certify that I caused the foregoing to be filed with the Clerk of the Court via CM/ECF, which will cause notification to be sent to all counsel of record.

10

s/ *Cliff Cantor*, WSBA # 17893

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE                    - 2 -
No. C11-1520 TSZ

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA  98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752